## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID OPALINSKI AND JAMES McCABE, On behalf of themselves and all other similarly situated, <br><br> PLAINTIFFS, <br><br> vs. <br><br> ROBERT HALF INTERNATIONAL INC. AND ROBERT HALF CORPORATION <br><br> DEFENDANTS. | Civil Action No.: <br><br> 2:10-CV-02069-SDW-MCA |

### NOTICE OF MOTION TO ADMIT SHANNON LISS-RIORDAN, ESQ., *PRO HAC VICE* PURSUANT TO LOCAL RULE 101.1

PLEASE TAKE NOTICE that on _____, 2010 at ___ _.m. or a time and date set by the Court, the undersigned attorney for Plaintiffs David Opalinski and James McCabe shall move before the United States District Court in Newark, New Jersey, pursuant to local Rule 101.1 for an Order granting Plaintiffs' Application to Admit Shannon Liss-Riordan, Esq., *pro hac vice* in the within proceedings; and,

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiffs shall rely on the Declarations of Anthony L. Marchetti, Jr., Esq. and Shannon Liss-Riordan, Esq.

A Proposed Order is enclosed.

Respectfully submitted,

Dated: June 4, 2010

/s/ Anthony L. Marchetti, Jr.
Anthony L. Marchetti, Jr., Esquire (ALM4302)
Cureton Clark, P.C.
3000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
(856) 824-1001
Attorneys for Plaintiffs