# MARCHETTI LAW, P.C.

900 N. Kings Highway, Suite 306
Cherry Hill, NJ 08034
856-414-1800
856-824-1001
267-219-4838 (fax)
AMarchetti@MarchettiLawFirm.com

Anthony L. Marchetti, Jr.*
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
Also admitted to practice in PA

July 18, 2011

VIA ECF

The Honorable Faith S. Hochberg
United States District Court for the District of New Jersey
Martin Luther King, Jr., Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    RE:   **Opalinski, et al. v. Robert Half Int'l, Inc., et al.**
            Civ. A. No. 2:10-CV-02069- FSH –PS
            **Request to extend deadlines on pending motions (unopposed)**

Dear Judge Hochberg:

      As the Court is aware, this office is local co-counsel to the Plaintiffs in the above-referenced matter. Currently pending before the Court are cross-motions filed with this Court on July 1, 2011, with plaintiffs moving for conditional certification under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and the defendants moving to compel arbitration under the Federal Arbitration Act, 9 U.S.C. § 2. See docket nos. 54, 55. I am writing to request that the schedule for the remaining briefing on these motions be amended and extended by 14 days. Defendants have indicated that they do not object to this request.

      Per this Court's Order of June 3, 2011, the parties' oppositions to those motions are due July 22, 2011, and replies are due August 5, 2011. The plaintiffs now respectfully request that this Court extend the deadline by which time those oppositions must be filed to August 5, 2011, and the deadline by which time replies must be filed to August 19, 2011. The reason for this request is that Ms. Liss-Riordan, who is lead counsel in this action, has reported a need for additional time on account of her being attached in other matters that have arisen or become more urgent since the parties and the Court agreed upon the above-referenced briefing schedule, including an argument before the Second Circuit Court of Appeals scheduled for August 2, 2011. Plaintiffs' counsel has conferred with defendants' counsel regarding this requested extension, which defendants' counsel has stated they do not oppose.

Thus, the plaintiffs hereby respectfully request that the Court enter an order extending the deadline by which time the parties must file their oppositions from July 22, 2011, to August 5, 2011, and the deadline by which time the parties must file their replies from August 5, 2011, to August 19, 2011. Would you please let me know as soon as possible if this request cannot be granted? If the Court so desires, I would be happy to set up a conference call to discuss these matters.

As always, thank you for your consideration of this matter.

Respectfully submitted,

Anthony L. Marchetti, Jr.

ALM:dc

cc: Shannon Liss-Riordan, Esq.
Alexander Wood, Esq.
Stephen Sonnenberg, Esq.
Richard Alfred, Esq.

So Ordered. 7-21-11

Hon. Faith S. Hochberg, USDJ